# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00276-CV

**City of Austin-Austin Bergstrom International Airport, Appellant**

**v.**

**Betty Gean Deary Davis, Putative Representative of The Estate of Lonnie Deary, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004942, THE HONORABLE MADELEINE CONNOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant City of Austin-Austin Bergstrom International Airport has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: March 3, 2022